J. E. HARMON, Appellant, v. UNITED STATES of America, Appellee.

No. 10557.

Circuit Court of Appeals, Fifth Circuit.

May 28, 1943.

J. M. Johnson, of Gainesville, Ga., and Clint W. Hager, of Atlanta, Ga., for appellant.

738

M. Neil Andrews, U. S. Atty., and J. Ellis Mundy, Asst. U. S. Atty., both of Atlanta, Ga., for appellee.

Before HUTCHESON and WALLER, Circuit Judges, and COX, District Judge.

PER CURIAM.

The record disclosing no error, the judgment is affirmed.